CATHARINE J. WISE, *Respondent, v.* THE PHOENIX INSURANCE COMPANY OF HARTFORD, CONNECTICUT, *Appellant.* — Judgment affirmed, with costs. Opinion by LEARNED, P. J.

ELISHA AYERS, *Appellant, v.* WILSON H. SHERMAN and others, *Respondents.*— Judgment of County Court affirmed, with costs. Opinion by BOARDMAN, J.

DENIS LARMORE, *Respondent, v.* THE CROWN POINT IRON COMPANY, *Appellant.*— Judgment and order affirmed, with costs. Opinion by BOOKES, J.

HENRY WEIDERWAX, Jr., *Appellant, v.* SHERMAN JAQUA, *Respondent.* — Judgment affirmed, with costs. Opinion by BOARDMAN, J.

MARY McALEAR, *Respondent, v.* ANNIE E. DELANEY, *Appellant, Impleaded, etc.* — Appeal discharged, with ten dollars costs and printing disbursements. Opinion by BOOKES, J.

MARIA MILLER, *Respondent, v.* HENRY L. MILLER and others, *Appellants.*—Order affirmed, with costs. Opinion by LEARNED, P. J.

THE PEOPLE OF THE STATE OF NEW YORK *ex rel.* HARRY F. CROOKS *v.* H. O. SWEET and others, *Referees, etc.*— Order reversed, without costs. Opinion by BOARDMAN, J.

IN THE MATTER OF HIGHWAY BETWEEN TOWNS OF LOUISVILLE AND MADRID.— Order reversed, with ten dollars costs and printing disbursements, and motion denied, with ten dollars costs. Opinion by BOOKES, J.

WILLIAM H. SILVERNAIL, *Appellant, v.* EVE MALVINA FELTS, *Respondent.* — Judgment affirmed, with costs. Opinion by LEARNED, P. J.

HORTON COTHRELL, *Appellant, v.* ELLWOOD GRIFFIN and another, *Respondents.* — Judgment affirmed, with costs. Opinion by BOARDMAN, J.

ISAAC B. POTTER, *Appellant, v.* THE VILLAGE OF WEST TROY, *Respondent.* — Judgment affirmed, with costs. Opinion by BOOKES, J.

ADELIA M. GREENMAN, *Respondent, v.* IRA W. WATKINS, *Appellant.*— Judgment affirmed, with costs. Opinion by LEARNED, P. J

OLIVER J. PECK, *Respondent, v.* BRADLEY NICHOLS, *Appellant.*— Judgment of County Court reversed, and that of Justices' Court affirmed, with costs. Opinion by BOARDMAN, J.

ROBERT FERGUSON, *Respondent, v.* CATHARINE McDONOUGH, *Appellant.* — Judgment affirmed, with costs. Opinion by LEARNED, P. J., and by BOOKES, J., dissenting.

FREDERICK W. CRANDALL, *Appellant, v.* MARY FOWLER and others, *Respondents.* — Judgment affirmed, with costs. Opinion by LEARNED, P. J., and by BOOKES, J., dissenting.

GEORGE W. McNISH *v.* CARRIE A. BOWERS. — Judgment affirmed, with costs. Opinion by BOOKES, J.